BLANE A. SMITH, ESQ. (SBN 96795)
Cole Smith-Crowley (SBN 339066)
**LAW OFFICE OF BLANE A. SMITH**
455 University Ave, Suite 270
Sacramento, CA 95825
Tel: (916) 679-1245/ Fax: (916) 515-9533
Email: bsmith@blanesmithlaw.com
csmith@blanesmithlaw.com

Attorneys for Defendant,
AMERICAN MODERN INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN MOODY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MODERN INSURANCE COMPANY; and DOES 1 through 10,<br><br>Defendants. | Case No:<br>Assigned:<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441** |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §1331, 28 U.S.C. §1441 and 28 U.S.C. §1446, Defendant AMERICAN MODERN INSURANCE COMPANY, (hereinafter "AMERICAN MODERN"), hereby removes this action from Superior Court of California, County of Butte, to the United States District Court for the Eastern District of California. In support of this Notice of Removal, AMERICAN MODERN avers as follows:

-1-   Case No.:
**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441**

### Procedural History and Plaintiff's Allegations

1. AMERICAN MODERN INSURANCE COMPANY is a Defendant in the civil action brought on January 19, 2021, in the Superior Court for the State of California, County of Butte, Case No. 21CV00112, but first served upon Defendant AMERICAN MODERN on July 18, 2023, alleging breach of contract and breach of the implied covenant of good faith and fair dealing with respect to Defendant AMERICAN MODERN's handling of a fire loss. A true and accurate copy of the Summons and Complaint is attached hereto as **Exhibit A**. Punitive damages are also sought.

### Grounds for Removal/Statement of Jurisdiction

2. This case is removable under 28 U.S.C. §1441(a) because this is a civil action in which the District Courts of the United States have been given jurisdiction under 28 U.S.C. §1332. "Any civil action" commenced in state court is removable if it might have been brought originally in federal court. [28 U.S.C. §1441(a), see *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 US 546, 563, 125 S.Ct 2611, 2623 (2005).]

"Diversity jurisdiction" in federal court under 28 U.S.C. §1332 exists when two conditions are met. The amount in controversy must exceed $75,000, and all plaintiffs must be of different citizenship than all defendants. [28 U.S.C. §1332 (a).] A corporation is a "citizen" both of the state in which it was incorporated and of the state where it has its principal place of business. [28 U.S.C. §1332(c), see *Co-Efficient Energy Systems v. CSL Indus., Inc.*, 812 F2d 556, 559-560 (9th Cir. 1987).]

///

## Citizenship

3. Defendant AMERICAN MODERN INSURANCE COMPANY is a corporation incorporated in Ohio, with its principal place of business in Ohio.

4. Plaintiff SUSAN MOODY alleges she was a resident of the County of Butte and a citizen of the State of California.

5. Inclusion of "Doe" Defendants in a state court complaint has no effect on removability, only named defendants are considered for diversity of citizenship consideration. [28 U.S.C. §1441(b)(1), *Newcombe v. Adolf Coors Co.*, 157 F3d 686 (9th Cir.1998).]

## Amount in Controversy

6. For a case to be removable on diversity grounds, the amount in controversy must exceed $75,000. The removing defendant bears the burden of proving by a preponderance of the evidence that the amount in controversy is satisfied. A removing defendant need not prove to a legal certainty, but may allege in its notice of removal that the jurisdictional threshold has been met. [28 USC §1446(c)(2), *McPhail v. Deere & Co*, 529 F3d 947, 954 (10th Cir. 2008).]

7. The removing defendant can meet this burden by showing that the "facially apparent" allegations in the complaint demonstrate the amount in controversy. [*Luckett v. Delta Airlines, Inc.*, 171 F3d 295, 298 (5th Cir. 1999); *White v. FCI USA, Inc.*, 319 F3d 672, 674 (5th Cir. 2003).] Some circuits permit a district court to make reasonable deductions and inferences from the complaint when considering what is "facially apparent" from the

allegations [*Roe v. Michelin North America, Inc.*, 6123 F3d 1058, 1061-1062 (11th Cir. 2010); *Luckett v. Delta Airlines, Inc.*, 171 F3d 295, 298 (5th Cir. 1999).]

8.    Plaintiff SUSAN MOODY alleges in paragraph 6 of her complaint that she was entitled to replacement cost coverage up to $111,709.00 for loss to her dwelling, and in the amount of $55,900 for her personal property. She alleges her manufactured home was inundated with smoke, soot and ash containing toxic and unsafe substances, and that she was forced to abandon it and incur additional living expenses. (Complaint, p.3, ¶9) She complains that AMERICAN MODERN has failed and refuses to pay the full sum of money owed to her, and seeks consequential damages as well as emotional distress damages and attorney fees.

### The Procedural Requirements for Removal Have Been Satisfied

9.    28 USC § 1441 and § 1332 grant diverse Defendant AMERICAN MODERN the power to remove this case to the District Court embracing the place where such action is pending.

10.    Defendant AMERICAN MODERN has now done so.

### Timeliness of Removal

11.    28 U.S.C. §1446 requires that the notice of removal of a civil action or proceeding be filed within 30 days after receipt by the defendant. Here, Defendant received notice of the underlying civil action on July 18, 2023, and therefore has until August 17, 2023, to file a timely removal.

12. After filing this Notice of Removal, AMERICAN MODERN will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the Superior Court of California, County of Butte, in accordance with 28 U.S.C. §1446(d).

13. True and correct copies of all process, pleadings, and orders served on AMERICAN MODERN in the action pending in Superior Court of California, County of Butte are attached hereto as **Exhibit A.**

### Non-Waiver of Defenses

14. By removing this action from Superior Court of California, County of Butte, AMERICAN MODERN does not waive any defenses available to it.

15. By removing this action from Superior Court of California, County of Butte, AMERICAN MODERN does not admit any of the allegations in Plaintiffs' complaint.

### Venue

16. This action is a civil action by which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum $75,000, exclusive of interest and costs.

**WHEREFORE**, AMERICAN MODERN removes the above-captioned action from the Superior Court of California, County of Butte to the United States District Court for the Eastern District of California. AMERICAN MODERN respectfully requests that

this Court assume jurisdiction over this matter and grant AMERICAN MODERN such other and further relief as this Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF BLANE A. SMITH

Dated: August 16, 2023

By: */s/ Blane A. Smith*
      Blane A. Smith
      Counsel for Defendant, AMERICAN MODERN INS. CO.