1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    SUSAN MOODY,                              No.  2:23-CV-1740-DMC

12                  Plaintiff,

13          v.                                  <u>ORDER</u>

14    AMERICAN MODERN INSURANCE
      COMPANY,
15
                    Defendant.
16

17

18          Plaintiff, who is proceeding with retained counsel, brings this civil action.  This

19    matter is set for an initial scheduling conference before the undersigned in Redding, California,

20    on February 14, 2024, at 10:00 a.m.  Requests for remote appearance must be filed in writing on

21    or before February 7, 2024.

22          IT IS SO ORDERED.

23    Dated:  January 29, 2024

24                                              _____
                                                DENNIS M. COTA
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                1