BLANE A. SMITH, ESQ. (SBN 96795)
Cole Smith-Crowley (SBN 339066)
**LAW OFFICE OF BLANE A. SMITH**
455 University Ave, Suite 270
Sacramento, CA  95825
Tel:  (916) 679-1245/ Fax: (916) 515-9533
Email: bsmith@blanesmithlaw.com
        csmith@blanesmithlaw.com

Attorneys for Defendant,
AMERICAN MODERN INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SUSAN MOODY, an individual, | Case No:  2:23-cv-01740-DMC |
| Plaintiff, | Assigned:  Magistrate Judge Dennis M. Cota |
| vs. | **NOTICE OF SETTLEMENT IN PRINCIPLE** |
| AMERICAN MODERN INSURANCE COMPANY; and DOES 1 through 10, | |
| Defendants. | |

Pursuant to Local Rule 160 (Fed.R.Civ. P. 16), the parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter.  Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal.  The parties intend to file the Stipulated Dismissal within 21 days of the date this notice is filed with the Court.  Accordingly, Defendant respectfully requests that the Court vacate the Initial Scheduling Conference and all other deadlines as set forth in the January 29, 2024 Minute Order [Dkt. 11].

-1-                                          Case No.: 2:23-cv-01740-DMC
**NOTICE OF SETTLEMENT IN PRINCIPLE**

LAW OFFICE OF BLANE A. SMITH

Defendant is filing this Notice with Plaintiff's knowledge and approval.

Respectfully submitted,

LAW OFFICE OF BLANE A. SMITH

*/s/ Blane A. Smith*

Dated: February 6, 2024            By: _____

Blane A. Smith
Counsel for Defendant, AMERICAN
MODERN INS. CO.

**NOTICE OF SETTLEMENT IN PRINCIPLE**