IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MOODY,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN MODERN INSURANCE COMPANY,<br><br>            Defendant. | No.  2:23-CV-1740-DMC<br><br><br><br>ORDER |

    Plaintiff, who is proceeding with retained counsel, brings this civil action.  This matter is set for a scheduling conference before the undersigned in Redding, California, on February 14, 2024.  The parties have filed a notice of settlement and request that the scheduling conference be vacated.  See ECF No. 12.  Good cause appearing therefor, the parties' request will be granted.  The matter will be set for a status conference on March 26, 2024.  If the parties file a stipulation for voluntary dismissal prior to that date, the status conference will be vacated and no appearances will be necessary.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. On the parties' joint request, the scheduling conference set for February 14, 2024, before the undersigned in Redding, California, at 10:00 a.m., is VACATED.

2. The matter is set for a status conference on March 26, 2024, at 9:00 a.m., via Zoom.

Dated: February 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE