IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MOODY, | No. 2:23-CV-1740-DMC |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN MODERN INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

At a status conference held before the undersigned on June 20, 2024, Plaintiff's counsel informed the Court that Plaintiff died on December 6, 2023. See ECF No. 16 (minutes). On the same day, Plaintiff's counsel filed and served a notice of suggestion of death of Plaintiff. See ECF No. 15. Pursuant to Federal Rule of Civil Procedure 25(a), if a motion to substitute is not filed within 90 days of the date of the notice of suggestion of death, the action must be dismissed. Here, more than 90 days have elapsed and no motion to substitute has been filed.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action is dismissed pursuant to Federal Rule of Civil Procedure 25(a).

2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: November 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE