# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **SUSAN MOODY,** |  |
|  | CASE NO: **2:23–CV–01740–DMC** |
| v. |  |
| **AMERICAN MODERN INSURANCE COMPANY,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/18/24**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED:  **November 18, 2024**

                                    by: /s/ A. Benson
                                               Deputy Clerk